

**FILED**

MAY 25 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | Case No. 17-mj-70626 MAG |
| v. | Charging District: Central District of California |
| RUMUALDO LOZOYA VILLALOBOS | Charging District's Case No.: 17-CR-00005 |
| Defendant. | |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is ordered to appear in the district court where the charges are pending to answer the charges. The time and place to appear in that court are as follows:

| Place: Roybal Federal Building | Courtroom No.: Duty Magistrate Judge |
|---|---|
| 255 E. Temple St, Los Angeles CA 90012 | Date and Time: June 5, 2017 at 2:00 pm |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 5/25/17

KANDIS A. WESTMORE
United States Magistrate Judge